UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LAWRENCE L. ODOM, JR. (#101288)

VERSUS

N. BURL CAIN, WARDEN

CIVIL ACTION

NO. 09-96-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated August 6, 2009 (doc. no. 10). The plaintiff has filed an objection which the court has considered and finds that it lacks any merit.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus relief is DISMISSED as untimely.

Baton Rouge, Louisiana, this 17th day of September, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA